# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: HARRY SEGAL         :   No. 16 WM 2022

                              :

PETITION FOR TEMPORARY ADMISSION   :
TO THE BAR

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of June, 2022, the "Petition for Limited and Temporary Admission to the Pennsylvania Bar," which seeks an exercise of this Court's extraordinary jurisdiction, is DENIED.